ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**

SEP - 9 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| RENEE MARIA CONCETTA GOULD | Case No. 05-50242 RLE |
| | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtor | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2454358 for an unclaimed dividend in the amount of $9.51. The name and address of the claimant entitled to the unclaimed dividend is as follows;

RENEE MARIA CONCETTA GOULD
P O BOX 1096
BEN LOMOND, CA 95005

Dated: September 04, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE